UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| SANCHAZ DEMOND HAROLD,  | CIVIL ACTION |
| Plaintiff | |
| VERSUS | NO. 20-2220 |
| TANGIPAHOA PARISH SHERIFF OFFICE, ET AL., | SECTION: "E" (2) |
| Defendants | |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendations of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendations, hereby approves the Report and Recommendations of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's § 1983 claim against the Tangipahoa Parish Sheriff's Office be **DISMISSED WITH PREJUDICE** as the sheriff's office is not a juridical person capable of being sued under § 1983.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claim against Nurse Shay and unidentified Nurse in charge be **DISMISSED WITH PREJUDICE** for failure to allege facts demonstrating their official or individual liability.

---

[1] R. Doc. 34.

1

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 excessive force claim against Deputy Charles Brock be **DISMISSED WITH PREJUDICE** as Plaintiff failed to demonstrate more than a *de minimis* injury.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 conditions of confinement claim against Warden Heath Martin, Lt. Richard Chatman, Lt. Chetry Brown and Deputy Brock, in their official and individual capacities, be **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 12th day of July, 2021.**

                                                  **SUSIE MORGAN**
                                     **UNITED STATES DISTRICT JUDGE**